IN THE UNITED STATES DISTRICT COURT
FOR THE EAST DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)  MDL DOCKET NO.: MDL -875

*This Document Relates to:*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RUBY ODOM, ET AL.                                             PLAINTIFFS

VS.                                                           CAUSE NO. 1:00CV586GR

ABEX CORPORATION, ET AL.                                      DEFENDANTS

FILED
JUL 1 5 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

*Severed Cases:*

| | |
|---|---|
| RUBY ODOM O/B/O BILBO CLARK | PA E.D. CASE NO. 08CV86888-ER |
| DONNA RAY CULVER | PA E.D. CASE NO. 08CV86889-ER |
| WILLIAM C. FELLS | PA E.D. CASE NO. 08CV86890-ER |
| JOSEPH GEORGE | PA E.D. CASE NO. 08CV86891-ER |
| ULYSSES GEORGE | PA E.D. CASE NO. 08CV86892-ER |
| LEE P. GOODEN | PA E.D. CASE NO. 08CV86893-ER |
| ROBERT L. HARRISON | PA E.D. CASE NO. 08CV86894-ER |
| DAVID HUTCHINS | PA E.D. CASE NO. 08CV86895-ER |
| WILLIE L. JACKSON, JR. | PA E.D. CASE NO. 08CV86896-ER |
| WILLIE E. LAIRD | PA E.D. CASE NO. 08CV86897-ER |
| DOUGLAS E. MCILWAIN | PA E.D. CASE NO. 08CV86898-ER |
| JOHN C. MILLER | PA E.D. CASE NO. 08CV86899-ER |
| DRUE MOORE | PA E.D. CASE NO. 08CV86900-ER |
| BURNELL MORGAN | PA E.D. CASE NO. 08CV86901-ER |
| JAMES MURRAY | PA E.D. CASE NO. 08CV86902-ER |
| DAVID OWENS | PA E.D. CASE NO. 08CV86903-ER |
| RAYMOND PURDY | PA E.D. CASE NO. 08CV86905-ER |
| JERRELL Q. SMITH | PA E.D. CASE NO. 08CV86906-ER |
| COLLIDGE P. WALLACE | PA E.D. CASE NO. 08CV86907-ER |

## MOTION FOR PARTIAL DISMISSAL AND ORDER TO TRANSFER TO "BANKRUPT'S ONLY" DOCKET

Plaintiff hereby submits to the Court, in accordance with this Court's Administrative Order No. 12, that the remaining claims in this action are against bankrupt and non-bankrupt defendants. Plaintiff desires to dismiss with prejudice all claims against the remaining non-bankrupt defendants and pursue those claims remaining against the bankrupt defendants through the bankruptcy claim process.

The remaining non-bankrupt defendants to be dismissed with prejudice are:

1. ABEX CORPORATION
2. ALLIEDSIGNAL, INC.
3. AMERICAN STANDARD, INC.
4. AMERICAN STANDARD COMPANIES, INC.
5. AUTOZONE, INC.
6. BENDIX CORPORATION
7. BORG-WARNER CORP.
8. CLARK EQUIPMENT CO.
9. COOPER INDUSTRIES, INC.
10. CSK AUTO CORP.
11. DAIMLER CHRYSLER CORPORATION
12. DANAHER CORP.
13. DRESSER INDUSTRIES
14. FEDERAL-MOGUL PRODUCTS, INC.
15. THE FIRESTONE TIRE & RUBBER COMPANY
16. FIRESTONE STORES OF NATCHEZ, INC.
17. FORD MOTOR COMPANY

18. GARLOCK, INC.

19. GENERAL MOTORS CORPORATION

20. GENERAL ELECTRIC

21. THE GOODYEAR TIRE AND RUBBER COMPANY

22. HENNESSY INDUSTRIES

23. HONEYWELL INTERNATIONAL, INC.

24. HOME SUPPLY CO.

25. HIMEL AUTO PARTS GULF COAST, INC.

26. LAUREL TRUCK PARTS & SUPPLY, INC.

27. LEAR CORPORATION

28. LLOYD'S MOTOR PARTS, INC.

29. MAGNETEK, INC.

30. NACCO MATERIALS HANDLING GROUP, INC.

31. NAPA AUTO PARTS, INC.

32. NAPA AUTO PARTS OF PRENTISS, INC.

33. O'REILLY AUTOMOTIVE

34. PARTS, INC.

35. PEP BOYS

36. PNUEMO ABEX CORP.

37. QUALITY AUTO BURNELL

38. SEARS, ROEBUCK & COMPANY

39. STANDARD MOTOR PRODUCTS, INC.

40. S.K. WELLMAN CO.

41. TIGER PARTS, INC.

42. TRW, INC.

43. WALLS AUTO AND TRACTOR PARTS, INC.

44. WHITMAN CORPORATION

45. WOODS AUTOMOTIVE, INC.

46. GASKET HOLDINGS, INC.

47. EATON CORPORATION

48. GENUINE PARTS COMPANY

49. CARLISLE COMPANIES, INC.

50. DANA CORPORATION

Plaintiff therefore moves that, following the dismissal of the non-bankrupt defendants, this action be transferred to the Court's administrative "Bankrupt's Only" docket. The Plaintiff understands that should there be a change of circumstances, the Plaintiff may, upon compliance with Administrative Order No. 12, petition the Court to have this action reinstated against certain bankrupt defendants.

Plaintiff further understands that it is Plaintiff's responsibility to submit a final dismissal order to this Court when all claims have been resolved.

SO ORDERED

*/s/ signature/*
UNITED STATES DISTRICT COURT JUDGE
( 7 / 9 /2009 ) Eduardo C. Robreno

SUBMITTED BY:

/s Timothy W. Porter
Counsel for Plaintiff:
Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi 39236-2768
Telephone: (601) 957-1173
Facsimile: (601) 957-7366